UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:21-CR-00214(1)-ADA |
| | § | |
| (1) LEWIS KEITH WARE | § | |

**AMENDED ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the court is the above styled and numbered cause.  On  August 24, 2023 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) LEWIS KEITH WARE, which alleged that Ware violated a condition of his probation and recommended that Ware's probation be revoked (Clerk's  Document No. 35).  A warrant issued and Ware was arrested.  On September 6, 2023, Ware appeared before a United States Magistrate Judge, was ordered detained, and a revocation of probation hearing was set..

Ware appeared before the magistrate judge on September 19, 2023, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge.  Following the hearing, the magistrate judge signed his report and recommendation on September 19, 2023, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense and the intervening conduct of Ware, the

magistrate judge recommends that this court revoke Ware's Probation and that Ware be sentenced to imprisonment for Ten (10) months, with a term of Twenty-Seven (27) months of supervised release to follow the term of imprisonment (Clerk's Document No. 46).

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en banc).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On September 19, 2023, following the hearing on the motion to revoke probation, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation Of United States Magistrate Judge (Clerk's Document No. 45). The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the

United States Magistrate Judge filed in this cause (Clerk's Document No. 46 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) LEWIS KEITH WARE's term of probation is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (1) LEWIS KEITH WARE be imprisoned for Ten (10) months with a term of supervised release of Twenty-Seven (27) months to follow the term of imprisonment. All prior conditions of probation are reimposed.

Signed this 17th day of October, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE